UNITED STATES DISTRICT COURT
DISTRICT OF NORTHERN ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>V.<br><br>JOSH HERION, Individually, and<br>ECS Roofing Professionals, Inc., an Illinois Corporation,<br><br>        Defendants. | Case No. 24 CV 12599 |

## **COMPLAINT**

1. This Court has jurisdiction for this case because the United States of America is the plaintiff ("Plaintiff"). 28 U.S.C. §1345.

2. The Plaintiff is acting through the U.S. Department of the Treasury's Bureau of the Fiscal Service ("Treasury").

3. The debt involved in the Complaint was referred to Treasury in accordance with the Debt Collection Improvement Act of 1996 ("DCIA"). 31 U.S.C. § 3701, et seq.

4. ECS Roofing, Inc. is a corporation that operated as a roofing contractor.

5. ECS Roofing, Inc. was incorporated on or around September 7, 2012 by Defendant, Josh Herion.

6. Defendant, Josh Herion used the address of 3920 N. Hawthorn Ct., Waukegan, Illinois 60087, which is located in the Northern District of Illinois.

7. During the entire time of ECS Roofing, Inc.'s existence, Josh Herion was the owner and registered agent of ECS Roofing, Inc.

8. The Employer Identification Number ("EIN") for ECS Roofing, Inc. was 32-0044725.

9. ECS Roofing, Inc. was dissolved on or around February 14, 2014.

10. ECS Roofing, Inc. continued to operate even after it was dissolved.

11. Citations for OSHA violations for ECS Roofing, Inc. were issued to Josh Herion d/b/a ECS Roofing, Inc.

12. At all times relevant to this Complaint, Defendant, Josh Herion resided in Illinois.

13. Defendant, ECS Roofing Professionals Inc., is an Illinois corporation having a principal place of business at 31439 N Liberty Rd., Grayslake, IL 60030, within the Northern District of Illinois.

14. Defendant, ECS Roofing Professionals, Inc., was incorporated on or around November 27, 2018 by Josh Herion.

15. During the entire existence of ECS Roofing Professionals, Inc., Josh Herion was the owner and President.

16. The EIN for ECS Roofing Professionals, Inc. is 32-0044725.

17. ECS Roofing, Inc. and ECS Roofing Professionals, Inc. both used the same EIN.

18. Upon information and belief, ECS Roofing, Inc. and ECS Roofing Professionals, Inc. both used the same Illinois state license required for a Licensed Roofing Contractor.

19. Illinois Department of Financial and Professional Regulation records indicate that ECS Roofing Professionals, Inc.'s current Illinois state license first became effective on Sept. 2, 2014, which was four years prior to the incorporation of ECS Roofing Professionals, Inc.

20. Plaintiff is authorized to sue to recover OSHA penalties in federal court. 29 U.S.C. § 666(l).

21. An employer who failed to contest an OSHA citation at the administrative level under § 10 of the Act, 29 U.S.C. § 659, is forever barred from contesting the facts related to the violations.

22. Additionally, OSHA's determination to impose a penalty is not subject to review by the district court. 29 U.S.C. §§ 659, 661(j).

## COUNT I – OSHA VIOLATION TRFM13809128 AGAINST ECS ROOFING PROFESSIONALS, INC.

23. Plaintiff realleges and incorporates paragraphs one through twenty-two of this Complaint in this count.

24. On or around the time period between May 31, 2020 through June 17, 2020, OSHA conducted one or more inspections of Defendant ECS Roofing Professionals Inc.'s job site located at 1 Barrington Rd., Schaumburg, Illinois 60194.

25. On or around June 17, 2020, OSHA issued a citation identified for the inspection, and a notification of penalty to Defendant ECS Roofing Professionals Inc. and its successors.

26. The number for this violation is TRFM13809128. Ex. A, Certificate of Indebtedness, p. 1.

27. The proposed penalty amount was $50,893.00. Id.

28. The debt became delinquent on or around August 15, 2020. Id.

29. Defendant ECS Roofing Professionals Inc. received the citation.

30. Defendant ECS Roofing Professionals Inc. did not contest or appeal the citation.

31. Defendant ECS Roofing Professionals Inc. did not make a timely payment for the amount owed in the citation.

32. As of the filing this Complaint, for this Citation, Defendant ECS Roofing Professionals Inc. is in debt to the United States in the principal amount of $50,893.00 due to its failure to pay or induce a timely payment.

33. Plaintiff is also entitled to recover interest, penalties and administrative fees. 29 U.S.C. § 666(l); 31 U.S.C. §3717(e) and 31 U.S.C. §3711(g)(6), (7); 31 C.F.R. §285.12(j) and 31 C.F.R. §901.1(f); and 28 U.S.C. §527.

34. For this citation, Plaintiff seeks recovery in the total amount of $92,096.25 which is comprised of $50,893.00 (principal amount owed); $4,254.56 (Interest at 2%); $12,509.23 (Penalty Interest at 6%); and $23,439.46 (Administrative Fees). Id. at 1-2.

## COUNT II - OSHA VIOLATION TRFM14000662 AGAINST ECS ROOFING PROFESSIONALS, INC.

35. Plaintiff realleges and incorporates paragraphs one through twenty-two of this Complaint in this count.

36. On or around February 23, 2021, OSHA conducted one or more inspections of Defendant ECS Roofing Professionals, Inc.'s job site located at 17w720 Butterfield Rd., Oakbrook Terrace, Illinois 60181.

37. On or around April 16, 2021, OSHA issued a citation for the inspection, and a notification of penalty to ECS Roofing Professionals, Inc. and its successors.

38. The identifying number for this violation is TRFM13769202. Ex. A, p. 2.

39. The proposed penalty amount was $27,032.00. Id.

40. The debt became delinquent on or around August 7, 2021. Id.

41. Defendant ECS Roofing Professionals, Inc. received the citation.

42. Defendant ECS Roofing Professionals, Inc. did not contest or appeal the citation.

43. Defendant ECS Roofing Professionals, Inc. did not make a timely payment for the amount owed in the citation.

44. As of the filing this Complaint, for this Citation, Defendant ECS Roofing Professionals, Inc. is in debt to the United States in the principal amount of $27,032.00 due to its failure to pay or induce a timely payment.

45. Plaintiff is also entitled to recover interest, penalties and administrative fees. 29 U.S.C. § 666(l); 31 U.S.C. §3717(e) and 31 U.S.C. §3711(g)(6), (7); 31 C.F.R. §285.12(j) and 31 C.F.R. §901.1(f); and 28 U.S.C. §527.

46. For this citation, Plaintiff seeks recovery in the total amount of $44,511.78 which is comprised of $27,032.00 (principal amount owed); $899.40 (Interest at 1%); $5,261.24 (Penalty Interest at 6%); and $11,319.14 (Administrative Fees). Id.

## COUNT III – OSHA VIOLATION TRFM13786869
## AGAINST ECS ROOFING PROFESSIONALS, INC.

47. Plaintiff realleges and incorporates paragraphs one through through twenty-two of this Complaint in this count.

48. On or around the time period between March 12, 2020 and June 17, 2020, OSHA conducted one or more inspections of Defendant ECS Roofing Professionals, Inc.'s job site located at 5235 Prairie Stone Parkway, Hoffman Estates, Illinois 60192.

49. On or around June 17, 2020, OSHA issued a citation for the inspection, and a notification of penalty to ECS Roofing Professionals, Inc. and its successors.

50. The identifying number for this violation is TRFM13786869. Ex. A, p. 2.

51. The proposed penalty amount was $11,875.00. Id.

52. The debt became delinquent on or around August 14, 2020. Id.

53. Defendant ECS Roofing Professionals, Inc. received the citation.

54. Defendant ECS Roofing Professionals, Inc. did not contest or appeal the citation.

55. Defendant ECS Roofing Professionals, Inc. did not make a timely payment for the amount owed in the citation.

56. As of the filing this Complaint, for this Citation, Defendant ECS Roofing Professionals, Inc. is in debt to the United States in the principal amount of $11,875.00 due to its failure to pay or induce a timely payment.

57. Plaintiff is also entitled to recover interest, penalties and administrative fees. 29 U.S.C. § 666(l); 31 U.S.C. §3717(e) and 31 U.S.C. §3711(g)(6), (7); 31 C.F.R. §285.12(j) and 31 C.F.R. §901.1(f); and 28 U.S.C. §527.

58. For this citation, Plaintiff seeks recovery in the total amount of $21,869.09 which is comprised of $11,875.00 (principal amount owed); $1,025.65 (Interest at 2%); $3,017.55 (Penalty Interest at 6%); and $5,770.84 (Administrative Fees). Id.

### COUNT IV - OSHA VIOLATION TRFM14050516 AGAINST ECS ROOFING PROFESSIONALS, INC.

59. Plaintiff realleges and incorporates paragraphs one through twenty-two of this Complaint in this count.

60. On or around February 23, 2021, OSHA conducted one or more inspections of Defendant ECS Roofing Professionals, Inc.'s job site located at 17w720 Butterfield Rd., Oakbrook Terrace, Illinois 60181.

61. On or around June 7, 2021, OSHA issued a citation for the inspection, and a notification of penalty to ECS Roofing Professionals, Inc. and its successors.

62. The identifying number for the violation is TRFM14050516. Ex. A, p. 3.

63. The proposed penalty amount was $361.00. Id.

64. The debt became delinquent on or around August 7, 2021. Id.

65. Defendant ECS Roofing Professionals, Inc. received the citation.

66. Defendant ECS Roofing Professionals, Inc. did not contest or appeal the citation.

67. Defendant ECS Roofing Professionals, Inc. did not make a timely payment for the amount owed in the citation.

68. As of the filing this Complaint, for this Citation, Defendant ECS Roofing Professionals, Inc. is in debt to the United States in the principal amount of $361.00 due to its failure to pay or induce a timely payment. Id.

69. Plaintiff is also entitled to recover interest, penalties and administrative fees. 29 U.S.C. § 666(l); 31 U.S.C. §3717(e) and 31 U.S.C. §3711(g)(6), (7); 31 C.F.R. §285.12(j) and 31 C.F.R. §901.1(f); and 28 U.S.C. §527.

70. For this citation, Plaintiff seeks recovery in the total amount of $621.56 which is comprised of $361.00 (principal amount owed); $12.08 (Interest at 1%); $70.70 (Penalty Interest at 6%); and $177.78 (Administrative Fees). Id.

## COUNT V – OSHA VIOLATION TRFM13702643 AGAINST JOSH HERION

71. Plaintiff realleges and incorporates paragraphs one through twenty-two of this Complaint in this count.

72. On or around the time period between March 12, 2019 and April 3, 2019, OSHA conducted one or more inspections of Defendant Josh Herion's job site located at Lot 122 Tullamore Lane, Lemont, Illinois 60439.

73. On or around April 4, 2019, OSHA issued a citation for the inspection, and a notification of penalty to Josh Herion d/b/a ECS Roofing, Inc. and its successors.

74. The identifying number for the violation is TRFM13702643. Ex. A, p. 3.

75. The proposed penalty amount was $18,129.00. Id.

76. The debt became delinquent on or around August 1, 2019. Id.

77. Defendant Josh Herion received the citation.

78. Defendant Josh Herion did not contest or appeal the citation.

79. Defendant Josh Herion did not make a timely payment for the amount owed in the citation.

80. As of the filing this Complaint, for this Citation, Defendant Josh Herion is in debt to the United States in the principal amount of $18,129.00 due to his failure to pay or induce a timely payment.

81. Plaintiff is also entitled to recover interest, penalties and administrative fees. 29 U.S.C. § 666(l); 31 U.S.C. §3717(e) and 31 U.S.C. §3711(g)(6), (7); 31 C.F.R. §285.12(j) and 31 C.F.R. §901.1(f); and 28 U.S.C. §527.

82. For this citation, Plaintiff seeks recovery in the total amount of $35,240.42 which is comprised of $18,129.00 (principal amount owed); $1,959.50 (Interest at 2%); $5,787.87 (Penalty Interest at 6%); and $9,364.05 (Administrative Fees).

**COUNT VI - OSHA VIOLATION TRFM13738634 AGAINST JOSH HERION**

83. Plaintiff realleges and incorporates paragraphs one through twenty-two of this Complaint in this count.

84. On or around November 7, 2019, OSHA conducted one or more inspections of the job site located at 1801 Milwaukee Ave., Glenview, Illinois 60025.

85. On or around Feb. 18, 2020, OSHA issued a citation for the inspection, and a notification of penalty to Josh Herion d/b/a ECS Roofing, Inc. and its successors.

86. The identifying number for the violation is TRFM13738634. Ex. A, pp. 3 – 4.

87. The proposed penalty amount was $18,661.00. Id. at 4.

88. The debt became delinquent on or around June 19, 2020. Id.

89. Defendant Josh Herion received the citation.

90. Defendant Josh Herion did not contest or appeal the citation.

91. Defendant Josh Herion did not make a timely payment for the amount owed in the citation.

92. As of the filing this Complaint, for this Citation, Defendant Josh Herion is in debt to the United States in the principal amount of $18,661.00 due to his

93. failure to pay or induce a timely payment. Id.

94. Plaintiff is also entitled to recover interest, penalties and administrative fees. 29 U.S.C. § 666(l); 31 U.S.C. §3717(e) and 31 U.S.C. §3711(g)(6), (7); 31 C.F.R. §285.12(j) and 31 C.F.R. §901.1(f); and 28 U.S.C. §527.

95. For this citation, Plaintiff seeks recovery in the total amount of $33,810.51 which is comprised of $18,661.00 (principal amount owed); $1,587.80 (Interest at 2%); $4,576.80 (Penalty Interest at 6%); and $8,984.82 (Administrative Fees). Id.

**COUNT VII - OSHA VIOLATION TRFM10395264 AGAINST JOSH HERION**

96. Plaintiff realleges and incorporates paragraphs one through twenty-two of this Complaint in this count.

97. On or around the time period between June 13, 2018 and July 5, 2018, OSHA conducted one or more inspections of Defendant Josh Herion's job site located at 233 Meacham Ave., Park Ridge, Illinois 60068.

98. On or around July 5, 2018, OSHA issued a citation for these inspections, and a notification of penalty.

99. The identifying number for the violation is TRFM10395264. Ex. A, p. 4.

100. The proposed penalty amount was $11,642.00. Id.

101. The debt became delinquent on or around December 7, 2018. Id.

102. Defendant Josh Herion received the citation.

103. Defendant Josh Herion did not contest or appeal the Citation.

104. Defendant Josh Herion did not make a timely payment for the amount owed in the Citation.

105. As of the filing this Complaint, for this Citation, Defendant Josh Herion is in debt to the United States in the principal amount of $11,642.00 due to his failure to pay or induce a timely payment.

106. Plaintiff is also entitled to recover interest, penalties and administrative fees. 329 U.S.C. § 666(l); 31 U.S.C. §3717(e) and 31 U.S.C. §3711(g)(6), (7); 31 C.F.R. §285.12(j) and 31 C.F.R. §901.1(f); and 28 U.S.C. §527.

107. For this Citation, Plaintiff seeks recovery in the total amount of $22,372.05 which is comprised of $11,642.00 (principal amount owed); $699.42 (Interest at 2 %); $4,080.12 (Penalty Interest at 6%); and $5,952.51 (Administrative Fees). Id.

**COUNT VIII – OSHA VIOLATION TRFM13769202 AGAINST JOSH HERION**

108. Plaintiff realleges and incorporates paragraphs one through twenty-two of this Complaint in this count.

109. On or around November 7, 2019, OSHA conducted one or more inspections of Defendant Josh Herion's job site located at 1801 Milwaukee Ave., Glenview, Illinois 60025.

110. On or around April 21, 2020, OSHA issued a citation for the inspection, and a notification of penalty to Josh Herion d/b/a ECS Roofing, Inc. and its successors.

111. The identifying number for the violation is TRFM13769202. Ex. A, p. 5.

112. The proposed penalty amount was $433.00. Id.

113. The debt became delinquent on or around June 19, 2020. Id.

114. Defendant Josh Herion received the citation.

115. Defendant Josh Herion did not contest or appeal the citation.

116. Defendant Josh Herion did not make a timely payment for the amount owed in the citation.

117. As of the filing this Complaint, for this Citation, Defendant Josh Herion is in debt to the United States in the principal amount of $433.00 due to his failure to pay or induce a timely payment.

118. Plaintiff is also entitled to recover interest, penalties and administrative fees. 29 U.S.C. § 666(l); 31 U.S.C. §3717(e) and 31 U.S.C. §3711(g)(6), (7); 31 C.F.R. §285.12(j) and 31 C.F.R. §901.1(f); and 28 U.S.C. §527.

119. For this citation, Plaintiff seeks recovery in the total amount of $819.33 which is comprised of $433.00 (principal amount owed); $37.81 (Interest at 2%); $111.27 (Penalty Interest at 6%); and $237.20 (Administrative Fees). Id.

**COUNT IX – OSHA VIOLATION TRFM13730854 AGAINST JOSH HERION**

120. Plaintiff realleges and incorporates paragraphs one through twenty-two of this Complaint in this count.

121. Between the time period on or around March 12, 2019 through April 3, 2019, OSHA conducted one or more inspections of Defendant Josh Herion's job site located at Lot 122 Tullamore Lane, Lemont, Illinois 60439.

122. On or around June 5, 2019, OSHA issued a citation for the inspection, and a notification of penalty to Josh Herion d/b/a ECS Roofing, Inc. and its successors.

123. The identifying number for the violation is TRFM13730854. Ex. A, p. 5.

124. The proposed penalty amount was $319.00. Id.

125. The debt became delinquent on or around August 1, 2019. Id.

126. Defendant Josh Herion received the citation.

127. Defendant Josh Herion did not contest or appeal the citation.

128. Defendant Josh Herion did not make a timely payment for the amount owed in the citation.

129. As of the filing this Complaint, for this Citation, Defendant Josh Herion is in debt to the United States in the principal amount of $319.00 due to his failure to pay or induce a timely payment.

130. Plaintiff is also entitled to recover interest, penalties and administrative fees. 29 U.S.C. § 666(l); 31 U.S.C. §3717(e) and 31 U.S.C. §3711(g)(6), (7); 31 C.F.R. §285.12(j) and 31 C.F.R. §901.1(f); and 28 U.S.C. §527.

131. For this citation, Plaintiff seeks recovery in the total amount of $645.42 which is comprised of $319.00 (principal amount owed); $34.22 (Interest at 2%); $101.07 (Penalty Interest at 6%); and $191.13 (Administrative Fees). Id.

## COUNT X - OSHA ACT VIOLATION TRFM10835117 AGAINST JOSH HERION

132. Plaintiff realleges and incorporates paragraphs one through twenty-two of this Complaint in this count.

133. Between the time period on or around June 13, 2019 through July 5, 2018, OSHA conducted one or more inspections of Defendant Josh Herion's job site located at 233 Meacham Ave., Park Ridge, Illinois 60068.

134. On or around October 11, 2018, OSHA issued a citation for the inspection, and a notification of penalty to Josh Herion d/b/a ECS Roofing, Inc. and its successors.

135. The identifying number for the violation is TRFM10835117. Ex. A, p. 6.

136. The proposed penalty amount was $311.00. Id.

137. The debt became delinquent on or around December 7, 2018. Id.

138. Defendant Josh Herion received the citation.

139. Defendant Josh Herion did not contest or appeal the citation.

140. Defendant Josh Herion did not make a timely payment for the amount owed in the citation.

141. As of the filing this Complaint, for this Citation, Defendant Josh Herion is in debt to the United States in the principal amount of $311.00 due to his failure to pay or induce a timely payment.

142. Plaintiff is also entitled to recover interest, penalties and administrative fees. 29 U.S.C. § 666(l); 31 U.S.C. §3717(e) and 31 U.S.C. §3711(g)(6), (7); 31 C.F.R. §285.12(j) and 31 C.F.R. §901.1(f); and 28 U.S.C. §527.

143. For this citation, Plaintiff seeks recovery in the total amount of $625.87 which is comprised of $311.00 (principal amount owed); $18.64 (Interest at 1%); $110.28 (Penalty Interest at 6%); and $185.95 (Administrative Fees). Id.

**WHEREFORE** the United States respectfully request that this Court enter judgments against the Defendants, Josh Herion and ECS Roofing Professionals, Inc., as follows:

a. For Count Five, a judgment in favor of Plaintiff and against Defendant, Josh Herion, in the amount of $35,240.42;

b. For Count Six, a judgment in favor of Plaintiff and against Defendant, Josh Herion, in the amount of $33,810.51;

c. For Count Seven, a judgment in favor of Plaintiff and against Defendant, Josh Herion, in the amount of $22,372.05;

d. For Count Eight, a judgment in favor of Plaintiff and against Defendant, Josh Herion, in the amount of $819.33;

e. For Count Nine, a judgment in favor of Plaintiff and against Defendant, Josh Herion, in the amount of $645.42;

f. For Count Ten, a judgment in favor of Plaintiff and against Defendant, Josh Herion, in the amount of $625.87;

g. For Count One, a judgment in favor of Plaintiff and against Defendant, ECS Roofing Professionals, Inc., in the amount of $92,096.25;

h. For Count Two, a judgment in favor of Plaintiff and against Defendant, ECS Roofing Professionals, Inc., in the amount of $44,511.78;

i. For Count Three, a judgment in favor of Plaintiff and against Defendant, ECS Roofing Professionals, Inc., in the amount of $21,869.09;

j. For Count Four, a judgment in favor of Plaintiff and against Defendant, ECS Roofing Professionals, Inc., in the amount of $621.56;

k. And for any order or other relief the Court deems necessary and proper.

Dated: December 7, 2024

                                      Respectfully Submitted,

                                      United States of America,
                                      By its attorneys:

    */s/ Nathan Lollis, Esq.*
Nathan Lollis (6257247)
Schuerger Law Group
Private Counsel, United States
Department of Justice
72 S. La Grange Rd., Ste. #7
La Grange, IL 60525
nathan@Schuergerlaw.com
efiling@Schuergerlaw.com
P 312-788-9898
F 877-788-9871